In the Matter of Jose Howithi, Appellant, v Brion D. Travis, as Chair of the New York State Board of Parole, Respondent.

Submitted July 7, 2005; decided September 20, 2005

Motion for leave to appeal dismissed upon the ground that

the issues presented have become moot. Motion for poor person relief dismissed as academic.